J-M09001-19

2019 PA Super 264

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DANIEL CASEY (NO. CP-14-CR-1377-2017, CP-14-CR-0781-2018, CP-14-CR-1536-2018) | : | No. 7 MDM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA v. | : | |
| | : | |
| | : | |
| BRENDAN PATRICK YOUNG (NO. CP-14-CR-1389-2017, CP-14-CR-0784-2018, CP-14-CR-1540-2018) | : | |
| | : | |
| Petitioner | : | |

Petition for Permission to Appeal filed February 14, 2019, from the November 26, 2018 Order, as Amended by the January 15, 2019 Order In the Court of Common Pleas of Centre County Criminal Division at Nos: CP-14-CR-1377-2017; CP-14-CR-0781-2018; CP1-4-CR-1536-2018; CP-14-CR-1389-2017; CP-14-CR-0784-2018; CP-14-CR-1540-2018

BEFORE:   STABILE, J., McLAUGHLIN, J., and COLINS, J.[*]

CONCURRING OPINION BY McLAUGHLIN, J.:          **FILED AUGUST 28, 2019**

I agree with the denial of the petition for permission to appeal, but reach that conclusion by a slightly different route than the Majority. I therefore concur.

---

[*] Retired Senior Judge assigned to the Superior Court.

In ***Commonwealth v. Walker***, the Pennsylvania Supreme Court explained that "where a single order resolves issues arising on more than one docket, separate notices of appeal must be filed for each case." 185 A.3d 969, 971 (Pa. 2018). The Court stated that "[t]he failure to do so requires the appellate court to quash the appeal." ***Id.*** at 977. However, the Court refused to apply the rule to the case before it, and instead announced that the rule would apply prospectively only. ***Id.*** at 971, 977. It therefore reversed the order of this Court quashing the Commonwealth's appeal. It also directed the Appellate Procedural Rules Committee to amend the text and Official Note to the rule governing appeals from final orders, Pa.R.A.P. 341, to state the requirement explicitly. ***Id.*** at 977. Most relevant here, it also directed the Committee to amend the rules relating to interlocutory appeals – including the rule at issue here, Pa.R.A.P. 312 – to "conform[], as necessary to Rule 341 in this regard." ***Id.*** at 977-78.

Neither the actual holding of ***Walker*** – to reverse this Court's order quashing the Commonwealth's appeal – nor the rule it announced – "where a single order resolves issues arising on more than one docket, separate notices of appeal must be filed for each case," on pain of quashal – is directly implicated here. However, the Court's direction to the Appellate Procedural Rules Committee to amend Rule 312 to "conform[], as necessary to Rule 341 in this regard" strongly indicates the proper decision here. ***Id.*** at 977-78. I thus conclude, like the Majority, that "Petitioners' failure to file a separate

appeal petition for each docket number is fatal to their petition for permission to appeal." Majority Opinion at 5.